■ In the Matter of LUKE J. HOBIKA, an Attorney, Respondent. [703 NYS2d 404] —Order of suspension entered pursuant to

Judiciary Law § 90 (4) (f). Present—Green, A. P. J., Pine, Wisner, Pigott, Jr., and Scudder, JJ. (Filed Jan. 26, 2000.)